UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
LYNN ZELVIN, *on behalf of himself and all others* :
*similarly situated*, :
 :
                                Plaintiff, :          23 Civ. 9803 (JPC)
 :
               -v- :                ORDER
 :
BF MCCABE HOLDINGS, INC., :
 :
                              Defendant. :
 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 21, 2024, Defendant was served with the summons and Complaint. Dkt. 9. Defendant's deadline to respond to the Complaint was therefore March 13, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until March 25, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by April 1, 2024.

      SO ORDERED.

Dated: March 18, 2024
       New York, New York

                                                         JOHN P. CRONAN
                                                         United States District Judge